IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

R.B., FATHER OF W.B., A CHILD,

      Appellant,

v.                              Case No. 5D16-2492

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.

_____/

Opinion filed November 15, 2016

Appeal from the Circuit Court for
Hernando County,
Donald E. Scaglione, Judge.

Elliot Ambrose, Brooksville, for Appellant.

Kelley Schaeffer, of Guardian Ad Litem Program, Sanford, and Stephanie C. Zimmerman, of Children's Legal Services, Bradenton, for Appellee.

ON CONFESSION OF ERROR

PER CURIAM.

Based on appellees' confessions of error, we reverse the final order terminating the appellant's parental rights and remand this case to the trial court for further proceedings consistent with the best interest of the child. See S.M. v. Fla. Dep't of Children & Families, No. SC15-2127 (Fla. Sept. 1, 2016).

REVERSED and REMANDED.

PALMER, BERGER and WALLIS, JJ., concur.